IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KELLIE GENE BURNETT                                                                PLAINTIFF

vs.                                    Case No. 3:14CV00228 JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                     DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 22nd day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE